IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRENT JOHNSON                                               PLAINTIFF

v.                         No. 5:13-cv-41-DPM

UNION PACIFIC RAILROAD COMPANY                              DEFENDANT

ORDER

Joint motion to dismiss based on settlement, № 20, granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 November 2014