# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BRENT JOHNSON                                          PLAINTIFF

v.                              No. 5:13-cv-41-DPM

UNION PACIFIC RAILROAD COMPANY                DEFENDANT

## JUDGMENT

This case is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2014